PRESTON EASLEY, State Bar No. 108347
(maritime@earthlink.net)
PETER YOVANOVICH, State Bar No. 305794
(max@prestoneasley.com)
LAW OFFICES OF PRESTON EASLEY APC
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone: (310)832-5315
Facsimile: (310)832-7730

Attorneys for Plaintiff
      SHUZHEN NI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUZHEN NI,<br><br>    Plaintiff,<br>v.<br><br>PRINCESS CRUISE LINES, LTD.; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

COMES NOW PLAINTIFF SHUZHEN NI and complains of defendants, and each of them, and alleges:

<u>FIRST CAUSE OF ACTION FOR NEGLIGENCE AGAINST DEFENDANTS PRINCESS CRUISE LINES, LTD. AND DOES 1 THROUGH 10, INCLUSIVE, UNDER THE GENERAL MARITIME LAW</u>

1. At all times mentioned herein plaintiff SHUZHEN NI was and is a resident of the City of Sacramento, County of Sacramento, State of California and is a citizen of the State of California.

2. At all times relevant hereto defendants PRINCESS CRUISE LINES, LTD. and DOES 1 through 10, Inclusive, were Bermuda Corporations and citizens of Bermuda.

3. At all times mentioned herein defendants PRINCESS CRUISE LINES, LTD. and DOES 1 through 10, inclusive, were lawfully doing business in the County of Los Angeles, City of Los Angeles, State of California.

4. The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of defendants PRINCESS CRUISE LINES, LTD. and DOES 1 through 10, inclusive, are unknown to plaintiff who therefore sues said defendants by such fictitious names. The full extent of the facts linking such fictitiously sued defendants is unknown to plaintiff. Plaintiff is informed and believes, and thereupon alleges, that each of the defendants designated herein was, and is, negligent, or in some other actionable manner, responsible for the events and happenings hereinafter referred to, and thereby negligently, or in some other actionable manner, legally and proximately caused the hereinafter described injuries and damages to plaintiff. Plaintiff will hereafter seek leave of the Court to amend this Complaint to show the defendants' true names and capacities after the same have been ascertained.

5. Plaintiff is informed and believes and thereupon alleges that at all times mentioned herein, defendants, and each of them, including PRINCESS CRUISE LINES, LTD. and DOES 1 through 10, Inclusive, were agents, servants, employees, employers, successors in interest, and/or joint venturers of their codefendants, and were, as such acting within the course, scope, and authority of said agency, employment, and/or venture, and that each and every

defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other defendant as an agent, servant, employee, successor in interest, and/or joint venturer.

6. This is an action for damages for personal injuries. The basis of federal jurisdiction is diversity, 28 U.S.C. Sec. 1332 (a). The amount in controversy exceeds $75,000.00, exclusive of costs and interest. Jurisdiction also exists under admiralty, 28 U.S.C. Sec. 1333, and the General Maritime Law.

7. Venue is proper in this District pursuant to 28 U.S.C. Sec. 1391 (b) because defendant PRINCESS CRUISE LINES, LTD. is a foreign corporation with its principal place of business in Los Angeles County, California. This action is being pursued in this Court, as opposed to State court as otherwise allowed by the Savings to Suitors Clause under 28 U.S.C. Sec. 13333, as defendant PRINCESS CRUISE LINES, LTD. unilaterally inserts a mandatory forum selection clause in the terms of its passage contract requiring that all passenger disputes "shall be litigated before the United States District Courts for the Central District of California in Los Angeles."

8. At all times material hereto defendants owned, operated, chartered, configured, modified, managed, controlled, crewed, maintained, repaired, supervised, inspected and outfitted the cruise ship ROYAL PRINCESS which they managed, maintained, operated, supervised and controlled in coastwise and intercoastal navigation.

9. On or about October 14, 2022, plaintiff was a fare paying passenger aboard the aforesaid cruise ship ROYAL PRINCESS while it was pierside in navigable waters of the Columbia River in Astoria, Oregon.

10. On or about October 14, 2022 plaintiff SHUZEN NI suffered severe and disabling injuries when two employees and/or agents of the defendants

negligently dropped her to the deck while assisting her in boarding the cruise ship ROYAL PRINCESS which was in navigable waters of the Columbia River in Astoria, Oregon. The defendants negligently assisted plaintiff and negligently failed to provide her with a safe means for boarding the vessel ROYAL PRINCESS.

    11. As a result of defendants' negligence, and each of them, plaintiff was hurt and injured in her health, strength and activity, sustaining serious injuries, all of which injuries have caused, and continue to cause, plaintiff great mental, physical and nervous pain and suffering and loss of enjoyment of life in an amount to be proven at trial. Plaintiff is informed and believes and thereon alleges that such injuries will result in permanent disability to her.

    12. As a further result of defendants' negligence, and each of them, plaintiff has incurred and will continue to incur medical and related expenses, the full amount of which is not known to plaintiff at this time, and plaintiff will move to amend this complaint to state such amount when the same becomes known to her, on proof thereof. The amount of plaintiff's past and future medical expenses will be proven at trial.

    13. As a further result of defendants' negligence, and each of them, plaintiff's earning capacity has been greatly impaired, both past and future, and plaintiff has suffered and will continue to suffer a loss of wages, fringe benefits, wage earning capacity, wage earning opportunity and ability to perform household services, both past and future. The exact amount is not known to plaintiff at this time, and plaintiff will move to amend this complaint to state such amount when the same becomes known to her, on proof thereof, and such amount will be proven at trial.

///

WHEREFORE, plaintiff demands judgment against defendants, and each of them, as follows:

1. For general damages, according to proof;
2. For damages for medical and related expenses, both past and future, according to proof;
3. For damages for lost earnings and fringe benefits and ability to perform household services, both past and future; and loss of earning capacity and earning opportunity, both past and future, according to proof;
4. For costs of suit herein incurred; and
5. For such other and further relief as the Court may deem proper.

Date: March 20, 2023

/s/ Preston Easley
PRESTON EASLEY
Attorney for Plaintiff
SHUZHEN NI

## DEMAND FOR JURY TRIAL

Plaintiff SHUZHEN NI hereby demands a trial by jury in this action.

Dated: March 20, 2023

/s/ Preston Easley
PRESTON EASLEY
Attorney for Plaintiff
SHUZHEN NI