Jeffrey B. Maltzman, CA Bar No. 131758
Rafaela P. Castells, CA Bar No. 290828
MALTZMAN & PARTNERS, P.A.
55 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: (305) 779-5665
jeffreym@maltzmanpartners.com
rafaelac@maltzmanpartners.com

Attorneys for Defendant, PRINCESS CRUISE LINES, LTD., et al,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHUZHEN NI,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.;<br>and DOES 1 through 10, Inclusive<br><br>    Defendants. | CASE NO.: 2:23-CV-02115-AB (KSx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Andre Birotte, Jr.<br>Magistrate: Hon. Karen L. Stevenson<br>Filed: 3/21/2023 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 16-15.7, Plaintiff ShuZhen Ni and Defendant Princess Cruise Lines, Ltd., by and through their respective counsel, herein give notice to the Court that all the claims in this matter have settled. The parties anticipate having all settlement documents finalized within the next ninety (90) days, and will file a Stipulation to Dismiss shortly thereafter.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: June 17, 2024 | LAW OFFICES OF PRESTON EASLEY APC |
| 2 | | |
| 3 | | By:   *s/Peter "Max" Yovanovich*<br>         Preston Easley |
| 4 | | Peter Yovanovich<br>*Attorneys for Plaintiff,* |
| 5 | | *ShuZhen Ni* |
| 6 | | |
| 7 | | |
| 8 | DATED: June 17, 2024 | MALTZMAN & PARTNERS |
| 9 | | |
| 10 | | |
| 11 | | By:   *s/ Jeffrey B. Maltzman*<br>         Jeffrey B. Maltzman |
| 12 | | Rafaela P. Castells<br>*Attorneys for Defendant,* |
| 13 | | *Princess Cruise Lines Ltd., et al.* |

MALTZMAN & PARTNERS
55 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: (305) 779-5665

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Preston Easley, counsel for the Plaintiff, concurs in the content of this filing and has authorized this filing.

DATED: June 17, 2024      MALTZMAN & PARTNERS

By:    *s/ Jeffrey B. Maltzman*
        Jeffrey B. Maltzman
        Rafaela P. Castells
        *Attorneys for Defendant,*
        *Princess Cruise Lines Ltd., et al.*