JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHUZHEN NI,

          Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.;
and DOES 1 through 10, Inclusive,

          Defendant.

Case No. 2:23-CV-02115-AB (KSx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 25, 2024

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.